Roy S. Gordet SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020
roy@gordetlaw.com

Ali Kamarci SBN 175977
1260 Memorex Drive
Santa Clara CA 95050
Tel. 408-588-7114
Fax 408-588-7107
inhouseip@aol.com

Attorneys for Plaintiffs Dr. Matthias Rath and Matthias Rath, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Matthias Rath, an individual, citizen of Germany; Matthias Rath, Inc., a California corporation<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>Vitacorp International, Inc., a Texas corporation<br><br>　　Defendant | Case No: C 04-05424 JSW<br><br>Stipulation Re: Request for Continuance of Case Management Conference and [~~Proposed~~] Order Thereon<br><br>Date: August 5, 2005<br>Time: 1:30 PM<br>Place: Courtroom 2 |

　　The parties jointly request, by their undersigned counsel of record, that the Court continue the Case Management Conference scheduled for Friday, July 8, 2005.

　　The parties represent to the Court that all of the settlement documents have been signed and exchanged; however, a payment must be made before the Stipulated Dismissal will be filed with the Court. By the terms of the Settlement Agreement, the payment should be made before next Tuesday, July 12, 2005, upon which the Stipulated Dismissal should be filed with the Court.

1

Accordingly, a continuance of twenty-eight days, i.e. re-scheduling the Case Management Conference to August 5, 2005, should be sufficient to allow the parties to conclude these outstanding settlement and dismissal matters.

IT IS SO STIPULATED.

_____  Dated: July 5, 2005
Roy S. Gordet, Attorney of Record of Matthias Rath, Inc. and Dr. Matthias Rath

_____  Dated: 7-5-05
Rakesh Amin, Attorney of Record of Vitacorp International, Inc.

IT IS SO ORDERED.

Dated: July 6, 2005

/s/ Jeffrey S. White
U. S. District Judge

2

Stipulation
Case No. C 04-05424 JSW