Roy S. Gordet SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020
roy@gordetlaw.com

Ali Kamarei SBN 175977
1260 Memorex Drive
Santa Clara CA 95050
Tel. 408-588-7114
Fax 408-588-7107
inhouseip@aol.com

Attorneys for Plaintiffs Dr. Matthias Rath and Matthias Rath, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Matthias Rath, an individual, citizen of Germany; Matthias Rath, Inc., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>Vitacorp International, Inc., a Texas corporation<br><br>Defendant | Case No: C 04-05424 JSW<br><br>Stipulated Dismissal of Entire Action and [~~Proposed~~] Order Thereon |

Pursuant to an agreement reached by the parties to this action, the parties, by their undersigned counsel of record, hereby jointly stipulate that this entire action shall be dismissed, with prejudice, subject to the approval of the Court.

The parties to this action, by their undersigned counsel, hereby further jointly stipulate that this Court shall have continuing jurisdiction to enforce the terms of the agreement under

1

which the parties have resolved their dispute, and to hear any future disputes that may arise out of said agreement, for a period of six months, which may be extended upon a showing of good cause.

Each party to bear its own costs as to the action being dismissed.

IT IS SO STIPULATED.

_____   Dated: July 15, 2005
Roy S. Gordet, Attorney of Record of Matthias Rath, Inc. and Dr. Matthias Rath

_____   Dated:
Rakesh Amin, Attorney of Record of Vitacorp International, Inc.

IT IS SO ORDERED.

Date: July 15, 2005

/s/ Jeffrey S. White
U. S. District Judge

2